AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Dritan Gega and Drijan Gega<br><br>*Plaintiff(s)*<br>v.<br>La France, LLC, Trusdale Properties Corp., Subba Reddy and Chittemma Reddy<br><br>*Defendant(s)* | Civil Action No. 24-cv-1344 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Brown, Esq.
Brown Kwon & Lam, LLP
521 5th Avenue, 17th Floor
New York, New York 10175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/26/2024



s/Erica Fernandez
*Signature of Clerk or Deputy Clerk*

TO:     LA FRANCE, LLC
        12A Commercial Street
        Hicksville, NY 11801

        TRUSDALE PROPERTIES CORP
        5 Trusdale Drive
        Old Westbury, New York 11568

        SUBBA REDDY
        5 Trusdale Drive
        Old Westbury, New York 11568

        CHITTEMMA REDDY
        5 Trusdale Drive
        Old Westbury, New York 11568